Pamela Denise **THOMPSON,**
Petitioner–Appellant,

v.

Raymond **MIDDLETON, Warden; C.A. Terhune, Director of the CDC,**
Respondents–Appellees.

No. 02–55496.

D.C. No. CV–99–07048–FMC.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 10, 2003.*

Decided Nov. 14, 2003.

Gretchen Fusilier, Carlsbad, CA, for Petitioner–Appellant.

Pamela Denise Thompson, Chowchilla, CA, pro se.

Susan Kim, AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before KOZINSKI, SILVERMAN and TALLMAN, Circuit Judges.

MEMORANDUM**

California state prisoner Pamela Denise Thompson appeals the district court's judgment dismissing with prejudice her 28 U.S.C. § 2254 petition for writ of habeas corpus. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Thompson contends that her constitutional rights were violated by various errors in the jury instructions announced by the state trial court judge. Because these alleged instructional errors, either singly or in combination, did not " 'so infect[ ] the entire trial that the resulting conviction violates due process,' " federal habeas relief is unwarranted. *Estelle v. McGuire*, 502 U.S. 62, 72, 112 S.Ct. 475, 116 L.Ed.2d 385 (1991) (quoting *Cupp v. Naughten*, 414 U.S. 141, 147, 94 S.Ct. 396, 38 L.Ed.2d 368 (1973)).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the